Case 14-15280-JNP    Doc 44    Filed 06/08/18    Entered 06/09/18 01:20:34    Desc Imaged
                          Certificate of Notice    Page 1 of 2
Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  14−15280−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard A. Butler
1001 Friendship Lane
Cherry Hill, NJ 08002

Kathryn Ingram Butler
1001 Friendship Lane
Cherry Hill, NJ 08002

Social Security No.:
   xxx−xx−7005                                                                xxx−xx−2608

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after July 6, 2018 for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: June 6, 2018
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Richard A. Butler  
Kathryn Ingram Butler  
    Debtors

Case No. 14-15280-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Jun 06, 2018  
                              Form ID: clsnodsc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.  
db/jdb       +Richard A. Butler,   Kathryn Ingram Butler,   1001 Friendship Lane,   Cherry Hill, NJ 08002-1018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 00:35:55     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 00:35:52     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
                                                                                             TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:

        Andrew L. Spivack   on behalf of Creditor   CENLAR FSB AS SERVICER FOR PROSPECT MORTGAGE, LLC nj.bkecf@fedphe.com  
        Andrew L. Spivack   on behalf of Creditor   PROSPECT MORTGAGE, LLC nj.bkecf@fedphe.com  
        Denise E. Carlon   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Michael Frederick Dingerdissen   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
        Rebecca Ann Solarz   on behalf of Creditor   PROSPECT MORTGAGE, LLC rsolarz@kmllawgroup.com  
        Rebecca Ann Solarz   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
        Robert Braverman   on behalf of Joint Debtor Kathryn Ingram Butler robert@bravermanlaw.com  
        Robert Braverman   on behalf of Debtor Richard A. Butler robert@bravermanlaw.com  
                                                                                                TOTAL: 10