Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 14–15280–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard A. Butler | Kathryn Ingram Butler |
| 1001 Friendship Lane | 1001 Friendship Lane |
| Cherry Hill, NJ 08002 | Cherry Hill, NJ 08002 |

Social Security No.:
  xxx–xx–7005                                        xxx–xx–2608

Employer's Tax I.D. No.:

---

**FINAL DECREE**

  The estate of the above named debtor(s) has been fully administered.

  If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

  ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 6, 2018</u>                   <u>Jerrold N. Poslusny Jr.</u>
                                              Judge, United States Bankruptcy Court